UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21444-CIV-MORENO**

JERRY N. ALFRED,

      Petitioner,

vs.

STATE OF FLORIDA, Mark S. Inch,
Secretary and Attorney General Ashley
Moody,

      Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed on **April 3, 2020**. The Magistrate Judge filed a Report and Recommendation (**D.E. 3**) on **April 13, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. "Before a second or successive [section 2254 petition] is filed in the district court, the [petitioner] shall move in the appropriate court of appeals for an order authorizing the district court to consider the [petition]." 28 U.S.C. § 2244(b)(3)(A). Reviewing the record, the Court finds no evidence that Petitioner sought or received authorization with the appropriate court of appeals before filing the instant successive petition. It is therefore DISMISSED. *See Burton v.*

*Stewart*, 549 U.S. 147, 157 (2007) ("The long and short of it is that [the petitioner] neither sought nor received authorization from the Court of Appeals before filing his 2002 petition, a 'second or successive' petition . . . and so the District Court was without jurisdiction to entertain it.").

The case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of April 2020.

*[signature: Federico A. Moreno]*

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

Jerry N. Alfred
M12748
Apalachee Correctional Institution East
Inmate Mail/Parcels
35 Apalachee Drive
Sneads, FL 32460
PRO SE